UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
SEGUNDO GARCES,                          :    07-CV-01498-AKH
                                                                 :
                              Plaintiff,  :
                                                                 :
                                                                 :    **APPEARANCE**
        - against -                       :
                                                                 :    **ELECTRONICALLY FILED**
ALAN KASMAN DBA KASCO, *et al.*,          :
                                                                 :
                             Defendants.  :
-----------------------------------------------------------------X


To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
        January 16, 2008


                          By:      /s/ Judith R. Cohen
                                 _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendant*
                                 MERRILL LYNCH & CO., INC.


DOCSNY-287443