William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

_____X

SEGUNDO GARCES

                                                NOTICE OF THE
                                                BROOKFIELD
V.                                         PARTIES' ADOPTION OF
                                                AMENDED ANSWER
                                                TO MASTER
                                                COMPLAINT

ALAN KASMAN DBA KASCO, ET. AL.,
                                                CASE NUMBER: (AKH)
                                                07 CV 1498
_____X

     PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P. and WFP Tower B Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      February _15_ 2008

                                  Faust, Goetz, Schenker & Blee, LLP

                                  By: William J. Smith (WJS-9137)
                                  Attorneys for the Brookfield Parties
                                  Two Rector Street, 20th Floor
                                  New York, NY 10006
                                  (212) 363-6900